Ron Tearia NICHOLAS, Plaintiff—
Appellant,

v.

Jonathan E. OZMINT, SCDC Director;
Houser, Chaplain at Kirkland Correc-
tional Institution; Bernard McKie,
Warden; Vaughn Jackson; Gary
Boyd; Betsy Lybrand; Doris Curen-
ton, Defendants—Appellees.

No. 06–6653.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 13, 2006.

Decided: Oct. 26, 2006.

Ron Tearia Nicholas, Appellant Pro Se.
Andrew Frederick Lindemann, Davidson,
Morrison & Lindemann, PA, Columbia,
South Carolina, for Appellees.

Before MICHAEL, MOTZ, and
TRAXLER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Ron Tearia Nicholas appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and denying
relief on his 42 U.S.C. § 1983 (2000) com-
plaint. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Nicholas v. Ozmint,* No. 8:04–
cv–22471–RBH (D.S.C. Apr. 6, 2006). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*